UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-CR-204-D

UNITED STATES OF AMERICA,

v.

DONALD HIGGINS

**ORDER**

Before the Court for consideration is Defendant's Motion to Seal Proposed Sealed Motion, provisionally filed at D.E. 50. For good cause shown the Motion to Seal is GRANTED. It is therefore ORDERED that Docket Number 50 shall be and is hereby sealed pending further orders.

SO ORDERED this 12 day of October 2022.

HON. JAMES C. DEVER III
U.S. DISTRICT JUDGE