UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Donald Higgins**     **Docket No. 5:13-CR-204-1D**

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Donald Higgins, who, upon an earlier plea of guilty to Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252(a) and 2252(b)(1), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on February 19, 2014, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

On August 7, 2025, a Petition for Action on Supervised Release was approved by the court, at which time the conditions of supervised release were modified to include placement in a residential reentry center for a period of 180 days or until the defendant can secure a residence approved for release.

Donald Higgins was released from custody on August 28, 2025, at which time the term of supervised release commenced in the District of Massachusetts.

On October 3, 2025, a Violation Report was approved by the court continuing supervision after it was reported that the defendant viewed a website that held written stories describing child rape. The defendant was referred for a sex offender evaluation and the supervising officer in the District of Massachusetts reported that she would continue monitoring the case to ensure compliance with the conditions of release.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 20, 2025, this officer received another notification of violation conduct pertaining to activity flagged by the computer monitoring program. It was reported that between October 12, 2025, and November 13, 2025, the defendant was watching several foreign films that depicted "coming of age" themes involving teenagers and teenage sexuality, including movies that included sexual encounters of teenagers, a movie about an elderly man seducing a young woman, and a film that depicts a young woman paying for school by allowing herself to be sedated and visited by various men. It was also reported that the defendant's sex offender evaluation was delayed due to a recent hospitalization and that it would be rescheduled now that he has returned to the residential reentry center. As a sanction for the violation conduct it is respectfully recommended that the defendant's access to electronic devices be revoked for a period of 90 consecutive days. Additionally, it is respectfully recommended that if future violation conduct occurs related to inappropriate flagged material on the defendant's electronic devices, the probation officer be authorized to suspend the defendant's access to the internet in 90-day increments as deemed appropriate.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant is not authorized to use, purchase, possess, procure, or otherwise obtain any computer or electronic device that can be linked to any computer networks, bulletin boards, internet, internet service providers, or exchange formats involving computers for a period of 90 consecutive days. Additionally, should continued noncompliance occur, the supervising probation officer is permitted to revoke these permissions in 90 day increments as deemed appropriate.

Donald Higgins
Docket No. 5:13-CR-204-1D
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
Senior U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: December 2, 2025

## ORDER OF THE COURT

Considered and ordered this __2__ day of __December__, 2025, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
James C. Dever III
U.S. District Judge